

CLOSED, CONSOLIDATED, REMAND, STAYED

**JP**

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10142-EFH

07 -0219

**FILED**
JAN 1 6 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Rogers et al v. Comcast Corporation et al
Assigned to: Senior Judge Edward F. Harrington
Related Case: 1:03-cv-12466-EFH
Case in other court: Middlesex Superior Court, 03-04985
Cause: 15:1 Antitrust Litigation

Date Filed: 01/21/2004
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Jack Rogers**     represented by     **Alan I. Gilbert**
Heins, Mills & Olson, PC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-338-4604
Fax: 612-338-4692
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry C. Barnett**
Susman Godfrey LLP
901 Main Street
Suite 5100
Dallas, TX 75202
214-754-1903
Fax: 214-754-1933
Email: bbarnett@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Woodward**
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-338-4605
Fax: 612-338-4692
Email: dwoodward@heinsmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason P. Fulton**
Susman Godfrey L.L.P.
901 Main Street

JAN 16 2007

Suite 5100
Dallas, TX 75202-3775
US
214-754-1935
Fax: 214-665-0853
Email: jfulton@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica N. Servais**
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
US
612-338-4605
Fax: 612-338-4692
Email: jservais@heinsmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Turner**
Susman Godfrey LLP
901 Main Street
Suite 5100
Dallas, TX 75202
214-754-1900
Fax: 214-665-0834
Email: jturner@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Zavez**
Adkins, Kelston and Zavez, P.C.
90 Canal Street
5th Floor
Boston, MA 02114
617-367-1040
Fax: 617-742-8280
Email: jzavez@akzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan L. Nelson**
Susman, Godfrey LLP
901 Main Street
Suite 4100
Dallas, TX 75202
214-754-1900
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Samuel D. Heins**
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-338-4605
Fax: 612-338-4692
Email: heins@heinsmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah N. Rosmarin**
Adkins, Kelston and Zavez, P.C.
90 Canal Street
5th Floor
Boston, MA 02114
617-367-1040
Fax: 617-742-8280
Email: nrosmarin@akzlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Pinella** represented by **Alan I. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry C. Barnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Woodward**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason P. Fulton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica N. Servais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Turner**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Zavez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan L. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel D. Heins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah N. Rosmarin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Comcast Corporation**     represented by  **Christopher Robinson**
Seyfarth Shaw
World Trade Center East
Suite 300
Two Seaport Lane
Boston, MA 02210-2028
617-9464990
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. Cain**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
US
212-506-1974
Fax: 212-506-3397
Email: jcain@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Berthiaume**
Greenberg Traurig LLP

One International Place
Boston, MA 02110
617-310-6007
Fax: 617- 897-0958
Email: berthiaumem@gtlaw.com
*TERMINATED: 05/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melonie S. Jurgens**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1972
Fax: 212-506-3397
Email: MJurgens@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
US
212-506-1968
Fax: 212-506-3397
Email: MShuster@Kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
US
212-506-1969
Fax: 212-506-3397
Email: skorpus@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Sulman**
Dechert LLP
John Hancock Tower
200 Clarendon Street
Boston, MA 02116
617-654-8621

Fax: 617-426-6567
Email: joseph.sulman@dechert.com
*ATTORNEY TO BE NOTICED*

**Timothy C. Blank**
Dechert LLP
200 Clarendon Street
27th Floor
Boston, MA 02116
617-728-7100
Fax: 617 426-6567
Email: timothy.blank@dechert.com
*ATTORNEY TO BE NOTICED*

**Christopher F. Robertson**
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210
617-946-4800
Email: crobertson@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AT&T Broadband** represented by **Christopher Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. Cain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Berthiaume**
(See above for address)
*TERMINATED: 05/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melonie S. Jurgens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Sulman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy C. Blank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2004 | 1 | NOTICE OF REMOVAL by AT&T Broadband, Comcast Corporation from Middlesex Superior, case number 03-4985. $ 150, receipt number 53301, filed by AT&T Broadband, Comcast Corporation. (Attachments: # 1 Exhibit A-F (NOT SCANNED))(Holahan, Sandra) (Entered: 01/27/2004) |
| 01/21/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge ALEXANDER. (Holahan, Sandra) (Entered: 01/27/2004) |
| 01/26/2004 | 2 | NOTICE by AT&T Broadband, Comcast Corporation re 1 Notice of Removal (Holahan, Sandra) (Entered: 01/27/2004) |
| 01/27/2004 | 3 | NOTICE of Scheduling Conference Scheduling Conference set for 3/23/2004 02:00 PM in Courtroom 19 before Edward F. Harrington. cc/cl (Holahan, Sandra) (Entered: 01/28/2004) |
| 01/30/2004 | 4 | CONSENTED TO MOTION for Extension of Time to 3/12/2004 to File Answer to complaint (which was filed in state court) by Comcast Corporation.(Holahan, Sandra) (Entered: 02/04/2004) |
| 02/05/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 4 Motion for Extension of Time to 3/12/2004 to Answer complaint by Comcast Corporation. (Holahan, Sandra) (Entered: 02/06/2004) |
| 02/09/2004 | 5 | STATE COURT Record AT&T Broadband served on 12/22/2003, answer due 1/12/2004; Comcast Corporation served on 12/22/2003, answer due 1/12/2004.. (Attachments: # 1 Part 2)(Holahan, Sandra) (Entered: 02/12/2004) |
| 02/20/2004 | 6 | MOTION to Remand to Middlesex Superior Court by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 02/25/2004) ✓ |

| Date | No. | Description |
|---|---|---|
| 02/20/2004 | 7 | MEMORANDUM in Support re 6 MOTION to Remand filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 02/25/2004) |
| 03/05/2004 | 8 | MEMORANDUM in Opposition re 6 MOTION to Remand filed by AT&T Broadband, Comcast Corporation. (Hourihan, Lisa) (Entered: 03/08/2004) |
| 03/12/2004 | 9 | MOTION to Compel Arbitration by AT&T Broadband, Comcast Corporation. (Attachments: # 1 Exhibit 1-5 (NOT SCANNED))(Holahan, Sandra) (Entered: 03/16/2004) |
| 03/12/2004 | 10 | MEMORANDUM in Support re 9 MOTION to Compel filed by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: 03/16/2004) |
| 03/17/2004 | 11 | ASSENTED MOTION to Continue scheduling conference from 3/23/2004 to 3/30/2004 by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 03/19/2004) |
| 03/22/2004 |  | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 11 Motion to Continue scheduling conference to 3/30/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/25/2004) |
| 03/24/2004 | 12 | ASSENTED MOTION for Extension of Time to 6/1/2004 to respond to motion to compel by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 03/30/2004) |
| 03/29/2004 | 15 | ASSENTED MOTION for Leave to Appear Pro Hac Vice by Samuel D. Heins and Alan I. Gilbert Filing fee $ 100.00, receipt number 54888. by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 04/07/2004) |
| 03/29/2004 | 16 | DECLARATION of Alan I. Gilbert, Esq. re 15 MOTION for Leave to Appear Pro Hac Vice by Samuel D. Heins and Alan I. Gilbert Filing fee $ 100.00, receipt number 54888. by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 04/07/2004) |
| 03/29/2004 | 17 | DECLARATION of re 15 MOTION for Leave to Appear Pro Hac Vice by Samuel D. Heins and Alan I. Gilbert Filing fee $ 100.00, receipt number 54888. by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 04/07/2004) |
| 03/30/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling Conference held on 3/30/2004. (Court Reporter Debra Joyce.)Court will review motion to remand and decide forthwith.(Lyons, Philip) (Entered: 03/31/2004) |
| 03/30/2004 |  | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 12 Motion for Extension of Time to 6/1/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/31/2004) |
| 03/30/2004 | 14 | CORPORATE DISCLOSURE STATEMENT by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: 04/06/2004) |
| 03/30/2004 | 18 | CORPORATE DISCLOSURE STATEMENT by AT&T Broadband, |

| | | |
|---|---|---|
| | | Comcast Corporation. (Holahan, Sandra) (Entered: 04/07/2004) |
| 03/31/2004 | 13 | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 6 Motion to Remand. After hearing, the Court denies Plaintiffs' Motion for Remand at this time. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 04/01/2004) |
| 04/09/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 15 Motion for Leave to Appear Pro Hac Vice Added Samuel D. Heins for Paul Pinella and Jack Rogers, Alan I. Gilbert for Paul Pinella and Jack Rogers. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 04/09/2004) |
| 05/06/2004 | 19 | ASSENTED MOTION for Extension of Time to 7/1/2004 to file response to motion by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 05/12/2004) |
| 05/12/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 19 Motion for Extension of Time to 7/1/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/12/2004) |
| 05/12/2004 | 20 | MOTION for Protective Order by AT&T Broadband, Comcast Corporation.(Holahan, Sandra) (Entered: 05/14/2004) |
| 05/12/2004 | 21 | MEMORANDUM in Support re 20 MOTION for Protective Order filed by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: 05/14/2004) |
| 05/19/2004 | 22 | MEMORANDUM in Opposition re 20 MOTION for Protective Order filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 05/24/2004) |
| 05/19/2004 | 23 | DECLARATION of David Woodward re 22 Memorandum in Opposition to Motion for protective order by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 05/24/2004) |
| 05/19/2004 | 24 | DECLARATION of Jessica N. Servais re 22 Memorandum in Opposition to Motion fo protective order by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 05/24/2004) |
| 05/27/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 20 Motion for Protective Order. However, the Court emphasizes that the discovery it authorized at the 3/31/2004 pre-trial conference, is limited ONLY to matters related to arbitration. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/02/2004) |
| 07/01/2004 | 25 | Opposition re 9 MOTION to Compel arbitration filed by Paul Pinella, Jack Rogers. (Attachments: # 1 Part 2)(Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 26 | DECLARATION Howard J. Sedran re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 27 | DECLARATION of Jessica N. Servais re 25 Opposition to Motion by |

|  |  |  |
|---|---|---|
|  |  | Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 28 | DECLARATION David Woodward re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 29 | DECLARATION of J. Owen Todd re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 30 | DECLARATION of John C. Beyer, PH.D. re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 31 | DECLARATION of Paul Pinella re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 32 | DECLARATION Jack Rogers re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 33 | MOTION for Leave to File memorandum in excess of 20 pages by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 07/07/2004) |
| 07/02/2004 | 34 | CORRECTED Opposition re 9 MOTION to Compel arbitration filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/08/2004 |  | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 33 Motion for Leave to File memorandum in excess of 20 pages. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/13/2004) |
| 07/22/2004 | 35 | MOTION for Leave to File *a Reply Brief in Support of Their Motion to Compel Arbitration* by AT&T Broadband, Comcast Corporation. (Robertson, Christopher) (Entered: 07/22/2004) |
| 07/22/2004 | 36 | REPLY to Response to Motion re 9 MOTION to Compel filed by AT&T Broadband, Comcast Corporation. (Attachments: # 1 Exhibit 1 - Unpublished Opinion# 2 Exhibit 2 - Policies & Practices# 3 Exhibit 3 - Declaration of Chanida Oros# 4 Exhibit A to the Declaration of Chanida Oros)(Robertson, Christopher) Additional attachment(s) added on 8/5/2004 (Holahan, Sandra). (Entered: 07/22/2004) |
| 08/03/2004 | 37 | MOTION for Leave to File a surreply or, in the alternative, OPPOSITION to defendants' motion for leave to file a reply brief in support of therir motion to compel arbitration by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 08/10/2004) |
| 08/30/2004 |  | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 35 Motion for Leave to File a reply brief. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/30/2004) |
| 08/30/2004 |  | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 37 Motion for Leave to File reply brief. MOTION TO FILE SURREPLY IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/30/2004) |
| 10/19/2004 | 38 | Letter(non-motion) from Samuel D. Heins, Esq.. (Holahan, Sandra) (Entered: 10/19/2004) |
| 10/19/2004 | 39 | Letter(non-motion) from Jaime A. Bianchi, Esq.. (Holahan, Sandra) |

| | | |
|---|---|---|
| | | (Entered: 10/19/2004) |
| 10/20/2004 | 40 | Letter(non-motion) from Alan I. Gilbert, Esq.. (Holahan, Sandra) (Entered: 10/21/2004) |
| 10/21/2004 | 41 | Judge Edward F. Harrington : ORDER entered MEMORANDUM AND ORDER. The defendants filed a motion to compel arbitration in an antitrust case involving two plaintiffs who are the defendants' customers. The motion is DENIED. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 10/21/2004) |
| 10/27/2004 | | NOTICE of Hearing: Status Conference set for 12/14/2004 02:00 PM in Courtroom 13 before Edward F. Harrington. (Holahan, Sandra) (Entered: 10/27/2004) |
| 11/17/2004 | 42 | NOTICE OF APPEAL as to 41 Memorandum & ORDER, by AT&T Broadband, Comcast Corporation. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/7/2004. (Smith3, Dianne) (Entered: 11/23/2004) |
| 11/17/2004 | | Filing fee: $ 255.00, receipt number 60277 regarding Notice of Appeal-Doc. #42. (Bell, Marie) (Entered: 11/23/2004) |
| 11/23/2004 | 43 | ASSENTED TO MOTION for Leave to Appear Pro Hac Vice by Barry C. Barnett, John W. Turner and Ryan L. Nelson Filing fee $ 150.00, receipt number 60351,60352,60353. by Paul Pinella, Jack Rogers.(Bell, Marie) (Entered: 11/30/2004) |
| 12/01/2004 | | Judge Edward F. Harrington : Electronic ORDER entered granting 43 Motion for Leave to Appear Pro Hac Vice Added Barry C. Barnett for Paul Pinella and Jack Rogers, John W. Turner for Paul Pinella and Jack Rogers, Ryan L. Nelson for Paul Pinella and Jack Rogers. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 12/14/2004) |
| 12/03/2004 | 48 | Certified and Transmitted Record on Appeal to US Court of Appeals re 42 Notice of Appeal, (Ramos, Jeanette) (Entered: 12/08/2004) |
| 12/06/2004 | 49 | USCA Case Number: 04-2655 assigned by First Circuit for 42 Notice of Appeal, filed by AT&T Broadband, Comcast Corporation. (Ramos, Jeanette) (Entered: 12/21/2004) |
| 12/07/2004 | 44 | MOTION to Stay *Proceedings Pending Appeal* by AT&T Broadband, Comcast Corporation.(Robertson, Christopher) (Entered: 12/07/2004) |
| 12/07/2004 | 45 | MEMORANDUM in Support re 44 MOTION to Stay *Proceedings Pending Appeal* filed by AT&T Broadband, Comcast Corporation. (Robertson, Christopher) (Entered: 12/07/2004) |
| 12/07/2004 | 46 | CERTIFICATE OF SERVICE by AT&T Broadband, Comcast Corporation *and Certificate of Compliance with Local Rule 7.1*. (Robertson, Christopher) (Entered: 12/07/2004) |

| | | |
|---|---|---|
| 12/08/2004 | 47 | NOTICE of Change of Address by Christopher F. Robertson *for Law Firm of White & Case LLP* (Attachments: # 1)(Robertson, Christopher) (Entered: 12/08/2004) |
| 12/21/2004 | 50 | MEMORANDUM in Opposition re 44 MOTION to Stay *Proceedings Pending Appeal* filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 12/23/2004) |
| 01/04/2005 | | Judge Edward F. Harrington : ElectronicORDER entered granting 44 Motion to Stay. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 01/05/2005) |
| 01/05/2005 | 51 | Assented to MOTION for Leave to Appear Pro Hac Vice by David Woodward Filing fee $ 50, receipt number 61191, by Jack Rogers, Paul Pinella, c/s.(Roland, Lisa) (Entered: 01/06/2005) |
| 01/18/2005 | | Judge Edward F. Harrington : ElectronicORDER entered granting 51 Motion for Leave to Appear Pro Hac Vice Added David R. Woodward for Jack Rogers and Paul Pinella. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 01/18/2005) |
| 04/25/2006 | 52 | USCA Judgment as to 42 Notice of Appeal, filed by AT&T Broadband, Comcast Corporation, REMANDED. (Ramos, Jeanette) (Entered: 04/25/2006) |
| 04/25/2006 | 53 | Judge Edward F. Harrington : ORDER entered. re 52 USCA Judgment (Holahan, Sandra) (Entered: 04/26/2006) |
| 05/02/2006 | 54 | Judge Edward F. Harrington : ORDER entered. re 53 Order: ORDER DATED 4/25/2006 IS REVOKED. SO ORDERED. cc/cs(Holahan, Sandra) (Entered: 05/03/2006) |
| 05/03/2006 | 55 | NOTICE of Withdrawal of Appearance by Mark A. Berthiaume (Berthiaume, Mark) (Entered: 05/03/2006) |
| 05/03/2006 | 56 | STIPULATION *for Entry of Agreed Order After Mandate Issues* by AT&T Broadband, Comcast Corporation. (Blank, Timothy) (Entered: 05/03/2006) |
| 05/03/2006 | 57 | NOTICE of Appearance by Timothy C. Blank on behalf of all defendants (Blank, Timothy) (Entered: 05/03/2006) |
| 05/04/2006 | 58 | NOTICE of Appearance by Joseph L. Sulman on behalf of all defendants (Sulman, Joseph) (Entered: 05/04/2006) |
| 05/04/2006 | | Judge Edward F. Harrington : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 56 Stipulation filed by AT&T Broadband, Comcast Corporation. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/04/2006) |
| 05/05/2006 | 59 | NOTICE of Withdrawal of Appearance by Christopher M. Curran (Curran, Christopher) (Entered: 05/05/2006) |
| 05/17/2006 | 60 | MANDATE of USCA as to 42 Notice of Appeal, filed by AT&T Broadband, Comcast Corporation. Upon consideration whereof, it is now |

| | | |
|---|---|---|
| | | here ordered, adjudged and decreed as follows: The decision of the district court is reversed and the case is remanded for further proceedings not inconsistent with the opinion of this date. (Ramos, Jeanette) (Entered: 05/17/2006) |
| 05/17/2006 | | Appeal Record Returned: 42 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/17/2006) |
| 05/18/2006 | 61 | NOTICE of Withdrawal of Appearance by Mark A. Berthiaume (Berthiaume, Mark) (Entered: 05/18/2006) |
| 05/18/2006 | 62 | Judge Edward F. Harrington : AGREED ORDER entered. re 60 USCA Mandate, (Holahan, Sandra) (Entered: 05/18/2006) |
| 06/02/2006 | 63 | Assented to MOTION for Leave to Appear Pro Hac Vice by Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens and James T. Cain by all defendants.(Blank, Timothy) (Entered: 06/02/2006) |
| 06/02/2006 | 64 | AFFIDAVIT of Michael S. Shuster re 63 Assented to MOTION for Leave to Appear Pro Hac Vice by Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens and James T. Cain by AT&T Broadband, Comcast Corporation. (Blank, Timothy) (Entered: 06/02/2006) |
| 06/02/2006 | 65 | AFFIDAVIT of Sheron Korpus re 63 Assented to MOTION for Leave to Appear Pro Hac Vice by Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens and James T. Cain by AT&T Broadband, Comcast Corporation. (Blank, Timothy) (Entered: 06/02/2006) |
| 06/02/2006 | 66 | AFFIDAVIT of Melonie S. Jurgens re 63 Assented to MOTION for Leave to Appear Pro Hac Vice by Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens and James T. Cain by AT&T Broadband, Comcast Corporation. (Blank, Timothy) (Entered: 06/02/2006) |
| 06/02/2006 | 67 | AFFIDAVIT of James T. Cain re 63 Assented to MOTION for Leave to Appear Pro Hac Vice by Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens and James T. Cain by AT&T Broadband, Comcast Corporation. (Blank, Timothy) (Entered: 06/02/2006) |
| 06/05/2006 | | Filing fee: $ 200.00, receipt number 72887 for 63 Assented to MOTION for Leave to Appear Pro Hac Vice by Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens and James T. Cain (Holahan, Sandra) (Entered: 06/07/2006) |
| 06/06/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 63 Motion for Leave to Appear Pro Hac Vice Added Michael S. Shuster for AT&T Broadband and Comcast Corporation, Sheron Korpus for AT&T Broadband and Comcast Corporation, Melonie S. Jurgens for AT&T Broadband and Comcast Corporation, James T. Cain for AT&T Broadband and Comcast Corporation. ASSENTED TO MOTION IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/07/2006) |
| 06/08/2006 | 68 | MOTION for Leave to Appear Pro Hac Vice by Jason P. Fulton by all plaintiffs. (Attachments: # 1 # 2)(Rosmarin, Noah) (Entered: 06/08/2006) |

| | | |
|---|---|---|
| 06/12/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 68 Motion for Leave to Appear Pro Hac Vice Added Jason P. Fulton for Jack Rogers and Paul Pinella. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/13/2006) |
| 06/12/2006 | | Filing fee: $ 50.00, receipt number 73046 for Motion for Leave to Appear PHV of Jason P. Fulton (Holahan, Sandra) (Entered: 06/13/2006) |
| 06/14/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Alan Gilbert. The ECF Help Desk has contacted the law firm, who reported that attorney Gilbert is no longer employed by that office. The attorney's email address has been removed to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 06/14/2006) |
| 06/30/2006 | 69 | MOTION Entry of Practice and Procedure Order by all plaintiffs. (Rosmarin, Noah) (Entered: 06/30/2006) |
| 06/30/2006 | 70 | MEMORANDUM in Support re 69 MOTION Entry of Practice and Procedure Order filed by all plaintiffs. (Rosmarin, Noah) (Entered: 06/30/2006) |
| 06/30/2006 | 71 | AFFIDAVIT in Support *of Motion for Practice and Procedure Order*. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Rosmarin, Noah) (Entered: 06/30/2006) |
| 06/30/2006 | 72 | NOTICE of Withdrawal of Appearance by Barry C. Barnett (Barnett, Barry) (Entered: 06/30/2006) |
| 06/30/2006 | 73 | Proposed Document(s) submitted by Jack Rogers. Document received: Proposed Practice and Procedure Order #1. (Zavez, John) (Entered: 06/30/2006) |
| 07/06/2006 | 74 | AFFIDAVIT of Atty John Peter Zavez in Support re 69 MOTION Entry of Practice and Procedure Order #1 filed by Jack Rogers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E (1 out of 2)# 6 Exhibit E (2 of 2))(Zavez, John) (Entered: 07/06/2006) |
| 07/18/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 69 Motion for entry of Practice and Procedure Order No. 1. (Folan, Karen) (Entered: 07/18/2006) |
| 07/18/2006 | 75 | Judge Edward F. Harrington : PRACTICE AND PROCEDURE ORDER NO. 1 entered. (Folan, Karen) (Entered: 07/21/2006) |
| 08/15/2006 | 76 | MOTION for Leave to Appear Pro Hac Vice by Jessica N. Servais by all plaintiffs. (Attachments: # 1)(Rosmarin, Noah) (Entered: 08/15/2006) |
| 08/17/2006 | | Filing fee: $ 50., receipt number 74488 for 76 MOTION for Leave to Appear Pro Hac Vice by Jessica N. Servais (Folan, Karen) (Entered: 08/24/2006) |
| 08/17/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 76 Motion for Leave to Appear Pro Hac Vice Added Jessica N. Servais for Jack Rogers and Paul Pinella (Folan, Karen) (Entered: 08/24/2006) |

| 08/18/2006 | 77 | MOTION for Order to Joint Motion For Entry of Scheduling Order by all parties. (Attachments: # 1)(Rosmarin, Noah) (Entered: 08/18/2006) |
| --- | --- | --- |
| 08/23/2006 | | Judge Edward F. Harrington : Electronic ORDER entered granting 77 Motion for entry of scheduling order. (Folan, Karen) (Entered: 08/23/2006) |
| 08/23/2006 | 78 | Judge Edward F. Harrington : SCHEDULING ORDER entered.(Folan, Karen) (Entered: 09/13/2006) |
| 12/01/2006 | | Judge Edward F. Harrington : ELECTRONIC ENDORSEMENT entered in Lead Case #03-cv-12466 allowing motion to transfer case to the Eastern District of Pennsylvania. (Folan, Karen) (Entered: 12/06/2006) |
| 12/01/2006 | | Civil Case Terminated. (Folan, Karen) (Entered: 12/07/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/18/2007 12:36:59 | | | |
| PACER Login: | us4447 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10142-EFH |
| Billable Pages: | 8 | Cost: | 0.64 |

*no pending motions as of transfer*