IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jack Rogers, et al., <br>         Plaintiffs, <br><br> v. <br><br> Comcast Corporation, et al., <br>         Defendants. | No. 07-00218 <br><br> The Honorable John R. Padova |
| Martha Kristian, et al., <br>         Plaintiffs, <br><br> v. <br><br> Comcast Corporation, et al., <br>         Defendants. | No. 07-00219 <br><br> The Honorable John R. Padova |

**PLAINTIFFS' MOTION TO TRANSFER CASES TO THE
UNITED STATES DISTRICT COURT FOR THE
<u>DISTRICT OF MASSACHUSETTS (BOSTON)</u>**

For the reasons stated in the accompanying Memorandum of Law, Plaintiffs Jack Rogers, Martha Kristian, and Paul Pinella respectfully move that the Court grant the accompanying Proposed Order and that the above captioned cases be transferred to the United States District Court for the District of Massachusetts.

[signature page follows]

1

Dated: June 25, 2014								Respectfully submitted,


            /s/ Jeffrey G. Thorn

          Stephen M. Pincus (PA Bar No.: 88976)
         **Feinstein Doyle Payne Kravec, LLC**
         429 Forbes Avenue
         Allegheny Building, 17th Floor
         Pittsburgh, PA 15219
         Telephone: (412) 281-8400
         Facsimile: (412) 281-1007

            -and-

         John Peter Zavez, Esq. (admitted *pro hac vice*)
         Jeffrey G. Thorn, Esq. (admitted *pro hac vice*)
         **Adkins, Kelston & Zavez, P.C.**
         90 Canal Street, 5th Floor
         Boston, MA  02114
         (617) 367-1040


**CERTIFICATE OF SERVICE**

   I, Jeffrey G. Thorn, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 25, 2014.

Dated:  June 25, 2014								 /s/ Jeffrey G. Thorn

                    Jeffrey G. Thorn