| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Christopher B. Hockett**

Davis Polk & Wardwell LLP  650 752 2009 tel
1600 El Camino Real  650 752 3649 fax
Menlo Park, CA 94025  chris.hockett@davispolk.com

July 9, 2014

Re: *Rogers, et al. v. Comcast Corp.*, No. 07-00218; *Kristian, et al. v. Comcast Corp.*, No. 07-00219

The Honorable John R. Padova
United States District Judge
Room 17613, United States Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Padova:

Pursuant to the Court's directive during the telephonic status conference held on June 20, 2014 in the above-captioned actions, the parties have conferred about a proposed schedule following resolution of plaintiffs' transfer motion in an effort to present the Court with an agreed upon schedule for its consideration. Although the parties were able to agree on much of the proposed schedule, some disagreements remain, as reflected in the attached [Proposed] Scheduling Order. So that the Court can have the benefit of the parties' respective positions in one document, the attached [Proposed] Scheduling Order reflects defendants' proposal with plaintiffs' proposal identified in brackets where it differs.

The parties are available at the Court's convenience should the Court have any questions or if it would be helpful to discuss the proposed schedule further.

Respectfully submitted,

*Christopher B. Hockett/dtl*

Christopher B. Hockett

Attachment
cc w/ att:   John P. Zavez, Esq.
             Jeffrey G. Thorn, Esq.

Electronic Filing